# Court of Appeals
# of the State of Georgia

ATLANTA,  December 27, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0376, A23D0144. GIRISH MODI v. GREATER ATLANTA TELEGU ASSOCIATION.**

In this breach of contract action between Girish Modi and Greater Atlanta Telegu Association, the trial court entered judgment in July 2022. Modi filed both a motion for new trial and a notice of appeal. Case No. A23A0376 was docketed as a direct appeal, which we dismissed because Modi had failed to comply with our interlocutory appeal procedures, as the motion for new trial remained pending. Modi filed a motion for reconsideration, which we denied. Thereafter, in November 2022, the trial court denied multiple motions filed by Modi, including a motion to vacate the final judgment or grant a new trial. In Case No. A23D0144, Modi sought discretionary review of the November 2022 order, but we dismissed the application because the trial court had reserved the issue of attorney fees. Modi has sought leave for permission to file a second motion for reconsideration from the dismissal of his direct appeal and a motion for reconsideration from the dismissal of his application.

In his motion for reconsideration of the order dismissing his application, Modi shows that Greater Atlanta Telegu Association has withdrawn its request for attorney fees, and therefore, no issue remains pending below. Accordingly, Modi's motion for reconsideration is GRANTED. Our order dismissing his application is VACATED, the application is REINSTATED. However, we DENY Modi's motion for leave to file a second motion for reconsideration in his direct appeal.

Because no issue remains pending below, the trial court's November 2022 order is a final, directly appealable order, and no provision of OCGA § 5-6-35 (a) relating to discretionary appeals appears to apply to the order. We will grant a timely

application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, Modi's application in Case No. A23D0144 is GRANTED. Modi shall have 10 days from the date of this order to file his notice of appeal with the superior court. If, however, he has already filed a notice of appeal from the November 2022 order, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

However, we DENY the motion for leave to file a second motion for reconsideration filed in Modi's direct appeal in Case No. A23A0376 because the case was still pending below when his motion was filed.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __12/27/2022__
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ *, Clerk.*